## IN THE SUPREME COURT OF THE STATE OF NEVADA

| | |
|---|---|
| EDDIE JAMES THOMAS, JR., Appellant, vs. BRIAN WILLIAMS, WARDEN, Respondent. | No. 78166 |
| EDDIE JAMES THOMAS, JR., Appellant, vs. BRIAN WILLIAMS, WARDEN, Respondent. | No. 78167 ✓ |
| EDDIE JAMES THOMAS, JR., Appellant, vs. BRIAN WILLIAMS, WARDEN, Respondent. | No. 78168 |

FILED

MAR 2 2019

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY
DEPUTY CLERK

### *ORDER DISMISSING APPEALS*

These are pro se appeals from a single district court order denying postconviction petitions for writs of habeas corpus. Eighth Judicial District Court, Clark County; Linda Marie Bell, Judge.

This court's review of these appeals reveals a jurisdictional defect. Specifically, the district court entered its order denying appellant's petitions on April 4, 2018. The district court served notice of entry of that order on appellant on April 12, 2018. Appellant did not file the notices of appeal, however, until February 14, 2019, well after the expiration of the 30-day appeal period prescribed by NRS 34.575. "[A]n untimely notice of

19-12857

appeal fails to vest jurisdiction in this court." *Lozada v. State*, 110 Nev. 349, 352, 871 P.2d 944, 946 (1994). Accordingly, this court

ORDERS these appeals DISMISSED.

_____ Pickering , J.
Pickering

_____, J.
Parraguirre

_____, J.
Cadish

cc:   Hon. Linda Marie Bell, Chief Judge
      Eddie James Thomas, Jr.
      Attorney General/Carson City
      Attorney General/Las Vegas
      Eighth District Court Clerk